# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

In re: Park Central Plaza 32, LLC

Case No.: 2:14-cv-1577-JAD-GWF

**Order re: Doc. 1**

On September 24, 2014, Park Central Plaza 32, LLC moved to withdraw the order referring this matter to the U.S. Bankruptcy Court for the District of Nevada. Doc. 1. On February 6, 2015, U.S. Bankruptcy judge Bruce T. Beesley granted a joint motion for approval of settlement between Park Central Plaza 32, LLC, Greenberg Traurig, LLP, and Bobbly L. Olson, pursuant to Fed. R. Bankr. P. 9019. 11-14153-BTB (Bankr. D. Nev.), Doc. 310. Although it appears that all matters in the bankruptcy proceeding have now been resolved, the Motion to Withdraw Reference remains pending in the case before me.

Accordingly, it is HEREBY ORDERED that the parties shall file a joint status report by February 20, 2015, indicating whether a ruling on the merits of the Motion to Withdraw Reference remains necessary.

DATED February 13, 2015.

_____
Jennifer A. Dorsey
United States District Judge

1