**ENENSTEIN RIBAKOFF LAVIÑA & PHAM**
Robert A. Rabbat, Esq. (NSB # 12633)
David Z. Ribakoff (*pro hac vice*)
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
Email: rrabbat@enensteinlaw.com
　　　　dribakoff@enensteinlaw.com

Attorneys for Plaintiff Park Central Plaza 32, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>PARK CENTRAL PLAZA 32, LLC;<br><br>　　　　Debtors. | U.S. District Court Case No.:<br>2:14-cv-01577-JAD-GWF<br><br>U.S. Bankruptcy Court Case No.:<br>BK-S-11-14153-BTB<br><br>Chapter 11<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |
| PARK CENTRAL PLAZA 32, LLC;<br><br>　　　　Plaintiff,<br>　v.<br><br>GREENBERG TAURIG, LLP; and BOB L. OLSON;<br><br>　　　　Defendants. | Adversary Proceeding No. 14-01096 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff PARK CENTRAL PLAZA, LLC, and Defendants GREENBERG TRAURIG, LLP, and BOB L. OLSON, by and through their respective counsel of record that all of Plaintiff's claims in the above-captioned matter shall be dismissed with prejudice, with each party to bear its own costs and attorney's fees. There is currently no trial pending in this matter.

DATED: February 23, 2015

ENENSTEIN RIBAKOFF LAVIÑA & PHAM

BY:_____
ROBERT A. RABBAT, ESQ. (NSB # 12633)
DAVID Z. RIBAKOFF (pro hac vice)
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
Email: rrabbat@enensteinlaw.com
*Attorneys for Plaintiff Park Central Plaza 32, LLC*

DATED: February 23, 2015

STEPTOE & JOHNSON LLP

/s/ Filiberto Agusti

BY:_____
FILIBERTO AGUSTI (*pro hac vice*)
JOSHUA R. TAYLOR, ESQ. (*pro hac vice*)
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
Email: fagusti@steptoe.com
        jrtaylor@steptoe.com
*Attorneys for Greenberg Traurig LLP and Bobby L. Olson*

DATED: February 23, 2015

FOX ROTHSCHILD LLP

/s/ Brett A. Axelrod
BY:_____
BRETT A. AXELROD
Nevada Bar No. 5859
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
*Attorneys for Park Central Plaza 32, LLC*

DATED: February 23, 2015

RICE REUTHER SULLIVAN & CARROLL LLP

/s/ Anthony J. Diraimondo
BY:_____
ANTHONY J. DIRAIMONDO, ESQ.
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
Email: adiraimondo@rrsc-law.com
*Attorney for Greenberg Traurig LLP and Bobby L. Olson*

**ORDER**

Based upon the parties' Stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each party to bear its own fees and costs. All pending motions are DENIED as moot. The Clerk of Court is instructed to close this case.

Dated: February 24, 2015.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

ENENSTEIN RIBAKOFF LAVIÑA & PHAM

BY:_____
ROBERT A. RABBAT, ESQ. (NSB # 12633)
DAVID Z. RIBAKOFF (pro hac vice)
3960 Howard Hughes Parkway, Suite 280
Las Vegas, NV 89169
Telephone: (702) 468-0808
Facsimile: (702) 920-8228
Email: rrabbat@enensteinlaw.com
*Attorneys for Plaintiff Park Central Plaza 32, LLC*